## SHARPE *v.* HARDING *et al.*

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—The judgment in this case will be affirmed for the reasons given in *King* v. *Brewer,* 19 Ind. 267. The facts of each case, and the law arising upon them, being, in effect, the same.

The judgment is affirmed, with costs.

*J. L. Ketchum,* for the appellant.

*R. L. Walpole,* for the appellees.